AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Palmetto Precast Incorporated, Kathy Metts<br>*Defendants* | )<br>)<br>) Civil Action No.   3:19-03098-JMC<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

■ permanent injunction by default is entered against the defendants Palmetto Precast Incorporated and Kathy Metts as set forth in the order entered August 25, 2021 pursuant to FRCP 55 (b).

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having granted the Plaintiff's motion for permanent injunction and default judgment.

Date:   August 25, 2021                                                          *CLERK OF COURT*

                                                                                            s/Angie Snipes
                                                                                _____
                                                                                *Signature of Clerk or Deputy Clerk*